1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLEAN AIR ENGINEERING-MARITIME, INC., a California corporation,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>ADVANCED CLEANUP TECHNOLOGIES, INC., and ADVANCED ENVIRONMENTAL GROUP, LLC, a California corporation,<br><br>    Defendants and Counter-claimants. | Case No. 2:12-cv-08669-JAK-VBK<br><br>**JUDGMENT**<br><br>**JS-6** |

# JUDGMENT

It is HEREBY ADJUDGED that:

1.  Plaintiff Clean Air Engineering-Maritime, Inc.'s ("Clean Air") Maritime Emissions Treatment System and its hood/bonnet component parts, including the Safe Connect, Straight Hose, Ultra Safe Connect, and UltraCat Filter (collectively, "METS"), do not infringe claims 1, 4, 6, 12, 13, 16, and/or 17 of U.S. Patent No. 8,327,631 (the "'631 Patent"), either literally or under the doctrine of equivalents.

2.  METS does not infringe claims 1, 2, 3, 7, 8, 22, 24, 30, and/or 35 of U.S. Patent No. 7,258,710 (the "'710 Patent"), either literally or under the doctrine of equivalents.

3.  Claim 19 of the '710 Patent is invalid as anticipated by U.S. Patent No. 6,185,934 (Teboul) under 35 U.S.C. § 102.

4.  Defendants Advanced Cleanup Technologies, Inc. and Advanced Environmental Group, LLC ("Advanced Cleanup" or "Defendants") shall recover nothing by way of their counterclaims for infringement of the '710 and '631 Patents against Clean Air.

5.  Clean Air is the "prevailing party" in this action within the meaning of Federal Rule of Civil Procedure 54(d)(1), 28 U.S.C. § 1920, and Local Rules 54-1 through 54-11, and is entitled to costs consistent therewith in an amount to be determined by the Clerk.

Dated: March 10, 2015

_____
John A. Kronstadt
United States District Judge