Name and address:
MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)
2 Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2035; Fax: (650) 331-2060
mmolano@mayerbrown.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAN AIR ENGINEERING-MARITIME, INC., a California corporation,<br><br>PLAINTIFF(S)<br>v.<br>ADVANCED CLEANUP TECHNOLOGIES, INC., and ADVANCED ENVIRONMENTAL GROUP, LLC, etc.<br>DEFENDANT(S) | CASE NUMBER:<br>2:12-cv-08669 JAK (VBKx)<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission if another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Michael A. Molano          CA Bar Number: 171057

Firm or agency: MAYER BROWN LLP

Address: Mayer Brown LLP, 2 Palo Alto Square, Suite 300, Palo Alto, CA 94306

Telephone Number: (650) 331-2035          Fax Number: (650) 331-2060

E-mail: mmolano@mayerbrown.com

Counsel of record for the following party or parties: CLEAN AIR ENGINEERING-MARITIME, INC.

Other members of the same firm or agency also seeking to withdraw: Evan M. Wooten (SBN 247340), Cliff Allen Maier (SBN 248858), Jennifer T. Lorch (SBN 267647), John Nadolenco (SBN 181128), Ruth Zadikany (SBN 260288), Steven E. Rich (SBN 198412)



## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Adrian Pruetz                                      CA Bar Number: 118215

Firm or agency: Glaser Weil Fink Howard Avchen & Shapiro LLP

Address: 10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067

Telephone Number: (310) 282-6250                Fax Number: (310) 785-3550

E-mail: apruetz@glaserweil.com

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: April 8, 2015                Signature: _____

Name: Michael A. Molano

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: April 8, 2015                Signature: _____

Name: Adrian Pruetz

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: April 9, 2015                Signature: _____

Name: Nicholas G. Tonsich

Title: Principal Officer, Clean Air Engineering-Maritime, Inc.


American LegalNet, Inc.
www.FormsWorkFlow.com